JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
JOSHUA E. WHITEHAIR (State Bar No. 244900)
jew@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO & COMPANY,
Appearing Specially

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY, DANIEL MYFORD, MICHAEL AGUILAR, TIFFANY ADEYEMO and MARISOL DIAZ, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, N.A., NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY,<br><br>Defendants. | Case No.: C07-01351 EMC<br><br>**STIPULATION REGARDING WELLS FARGO & COMPANY'S TIME TO RESPOND TO COMPLAINT [Civil L.R. 6-1(a)]** ; ORDER<br><br>Complaint Date: March 3, 2007<br>Trial Date: Not Set |

07725/0078/621815.1

Stipulation Re Time To Respond to Complaint
Case No.: C07-01351 EMC

|     |     |     |
| --- | --- | --- |
| 1   | Plaintiffs, by and through their counsel of record, and Defendant Wells Fargo & Company | |
| 2   | appearing specially, by and through its counsel of record, hereby stipulate as follows: | |
| 3   | 1. Wells Fargo & Company's deadline for responding to the complaint in this action | |

Plaintiffs, by and through their counsel of record, and Defendant Wells Fargo & Company appearing specially, by and through its counsel of record, hereby stipulate as follows:

1. Wells Fargo & Company's deadline for responding to the complaint in this action shall be May 15, 2007.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

DATED: April 4, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

By: _____/S/_____
    Alan R. Plutzik
Counsel for Plaintiffs

DATED: April 4, 2007                    SEVERSON & WERSON
                                        A Professional Corporation

By: _____/S/_____
    Michael J. Steiner

Counsel for Defendants Wells Fargo & Company, Appearing Specially

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED* [Seal: United States District Court, Northern District of California — Judge Edward M. Chen]

---

07725/0078/621815.1

- 1 -

Stipulation Re Time To Respond to Complaint
Case No.: C07-01351 EMC