IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY, DANIEL MYFORD, MICHAEL AGUILAR, TIFFANY ADEYEMO and MARISOL DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, N.A., NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY,<br><br>Defendants.<br>_____/ | No. C 07-01351 WHA<br><br>**ORDER RE STIPULATION CONTINUING DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |

Defendants may have to and including June 5, 2007, within which to respond to the complaint herein. The case management conference, currently set for June 7, 2007, is **CONTINUED** for one week, to **JUNE 14 AT 11:00 A.M.** Please file a joint case management conference statement no later than June 11, 2007.

**IT IS SO ORDERED.**

Dated: May 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE