SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Joseph A. Weeden, Esq.
Mark K Gyandoh, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ANDREA KAY, DANIEL MYFORD, MICHAEL AGUILAR, TIFFANY ADEYEMO, and MARISOL DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO BANK, N.A., NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY<br><br>Defendants. | Case No.: C07-01351 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PARTIES TO FILE ADR CERTIFICATION**<br><br>Courtroom: 9<br>Judge: The Hon. William H. Alsup<br>Complaint Filed: March 3, 2007<br>Trial Date: Not Set |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PARTIES TO FILE ADR
CERTIFICATION – CASE NO. C07-01351 WHA
51248

Plaintiffs, by and through their counsel of record, Schiffrin Barroway Topaz & Kessler, LLP, and defendants, by and through their counsel of record, Severson & Werson, A Professional Corporation, hereby stipulate as follows:

WHEREAS, plaintiffs have filed this lawsuit as a putative nationwide class action alleging violations of the Real Estate Settlement Procedures Act;

WHEREAS, defendants' responses to the complaint are currently due on or before June 5, 2007;

WHEREAS, the initial case management conference is set for June 14, 2007 at 11:00 a.m. and the parties' joint case management conference statement is due on or before June 11, 2007;

WHEREAS, the current deadline for the parties to file their ADR Certifications pursuant to Local Rule 16-8(b) is May 23, 2007; and

WHEREAS, the parties wish to continue the deadline for them to file their ADR Certifications.

NOW THEREFORE, the parties stipulate that the deadline for them to file their ADR Certifications shall be extended to June 11, 2007.

DATED: May 23, 2007                    SEVERSON & WERSON, A Professional Corporation

                                       By:_____/s/_____
                                              Michael J. Steiner

                                       Attorneys for Defendants
                                       WELLS FARGO & COMPANY, WELLS
                                       FARGO HOME MORTGAGE, A DIVISION OF
                                       WELLS FARGO BANK, N.A., AND NORTH
                                       STAR MORTGAGE GUARANTY
                                       REINSURANCE COMPANY

DATED: May 23, 2007                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

                                       By:_____/s/_____
                                              L. Timothy Fisher

                                       Attorneys for Plaintiffs

**Attestation Pursuant To General Order 45**

I, L.Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of May, 2007 at Walnut Creek, California.

/s/ L.Timothy Fisher

\* \* \*

**O R D E R**

Pursuant to Stipulation, IT IS SO ORDERED. The deadline for the parties to file their ADR Certifications pursuant to Local Rule 16-8(b) shall be extended to June 11, 2007.

DATED: May _24_, 2007



William Alsup
United States District Court Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PARTIES TO
FILE ADR CERTIFICATION – CASE NO. C07-01351 WHA
51248