IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK N.A., and NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-01351 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE TO ADD PARTIES** |

　　　Parties' stipulation to extend the deadline for asking leave to add new parties to May 9, 2008, is **DENIED**. The deadline for asking leave to add new parties will be extended to **JULY 31, 2007**.

　　　**IT IS SO ORDERED.**

Dated: July 3, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE