|    |                                                              |                                              |
|----|--------------------------------------------------------------|----------------------------------------------|
| 1  | JOHN B. SULLIVAN (State Bar No. 96742)                       |                                              |
|    | jbs@severson.com                                             |                                              |
| 2  | MICHAEL J. STEINER (State Bar No. 112079)                    |                                              |
|    | mjs@severson.com                                             |                                              |
| 3  | MARK D. LONERGAN (State Bar No. 143622)                      |                                              |
|    | mdl@severson.com                                             |                                              |
| 4  | JOSHUA E. WHITEHAIR (State Bar No. 244900)                   |                                              |
|    | jew@severson.com                                             |                                              |
| 5  | SEVERSON & WERSON                                            |                                              |
|    | A Professional Corporation                                   |                                              |
| 6  | One Embarcadero Center, Suite 2600                           |                                              |
|    | San Francisco, CA 94111                                      |                                              |
| 7  | Telephone: (415) 398-3344                                    |                                              |
|    | Facsimile: (415) 956-0439                                    |                                              |
| 8  |                                                              |                                              |
| 9  | Attorneys for Defendant WELLS FARGO BANK, N.A. and           |                                              |
| 10 | NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY             |                                              |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY and DANIEL MYFORD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY, <br><br> Defendants. | Case No.: C07-01351 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER SCHEDULING SETTLEMENT CONFERENCE** |

Plaintiff Andrea Kay ("Plaintiff") has filed this lawsuit as a putative nationwide class action alleging violations of the Real Estate Settlement Procedures Act.

A settlement conference has been scheduled for January 3, 2008 at 9:00 a.m. in Courtroom G before the Honorable Judge Bernard Zimmerman.

The parties have met and conferred regarding various scheduling conflicts and desire to defer the settlement conference by 19 days or until January 22, 2008. As explained in the

---

07725/0078/635361.1                                                              Case No.: C07-01351 WHA

1 | accompanying declaration of Michael J. Steiner, the current scheduled date presents practical
2 | travel concerns for clients and counsel residing in the Midwest and east coast who will be
3 | required to attend the conference, particularly considering the close proximity of the conference
4 | to court observed, year-end holidays. Further, counsel anticipates having difficulties gathering
5 | the necessary information from clients to draft the settlement demand and response presently due
6 | Tuesday, December 20 and Thursday December 26, respectively.

7 | Accordingly, Plaintiff and Defendants Wells Fargo Bank, N.A. and North Star Mortgage
8 | Guaranty Reinsurance Company (collectively, "Defendants"), by and through their counsel of
9 | record, hereby stipulate as follows:

10 | Good cause exists for a short continuance of the settlement conference. Wherefore, the
11 | parties respectfully request that the settlement conference currently scheduled for January 3, 2008
12 | at 9:00 a.m. be rescheduled for January 22, 2008 at 9:00 a.m., or a Tuesday or Friday thereafter as
13 | may be set by the Court.

14 | This Stipulation is without prejudice to the rights, claims, arguments and defenses of all
15 | parties.

16 | DATED: July 26, 2007                    SEVERSON & WERSON
                                              A Professional Corporation

18 |
19 |                                          By: /S/
                                                 Michael J. Steiner

20 |                                          Attorneys for Defendants
                                              WELLS FARGO BANK, N.A., AND NORTH
21 |                                          STAR MORTGAGE GUARANTY
                                              REINSURANCE COMPANY
22 |

23 | DATED: July 26, 2007                    SCHIFFRIN BARROWAY TOPAZ &
                                              KESSLER, LLP
24 |

25 |                                          By: /S/
                                                 Edward M. Ciolko
26 |
                                              Attorneys for Plaintiff
27 |

28 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

-2-

1  Pursuant to Stipulation, IT IS SO ORDERED. The Settlement Conference shall be
2  rescheduled for __January 22__, 2008 at __10:00__ a.m. in Courtroom G of this Court.
3  DATED: August 31, 2007

_____
United States Magistrate Judge



-3-

07725/0078/635361.1                                                    Case No.: C07-01351WHA