1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY and DANIEL MYFORD, individually and on behalf of all others similarly situated, | No. C 07-01351 WHA |
| Plaintiffs, | **ORDER DENYING STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION** |
| v. | |
| WELLS FARGO BANK, N.A., and NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY, | |
| Defendants. | |
| _____/ | |

The Court has received parties' stipulation to continue the briefing schedule for

plaintiffs' motion for class certification.  Good cause not shown, the stipulation is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 4, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California