| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| | 25 |
| | 26 |
| | 27 |
| | 28 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREA KAY, DANIEL MYFORD,
MICHAEL AGUILAR, TIFFANY ADEYEMO
and MARISOL DIAZ, individually and on
behalf of all others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO & COMPANY, WELLS
FARGO HOME MORTGAGE, INC.,
WELLS FARGO BANK, N.A., NORTH STAR
MORTGAGE GUARANTY REINSURANCE
COMPANY,

    Defendants.

No. C 07-01351 WHA

**ORDER RE JOINT PROPOSAL OF FORM OF CLASS AND COUNSEL NOTICE**

    The Court has received the parties joint proposal of class and counsel notice. In regards to the scope of class certification, ordinarily the damage period for a law suit ends at the commencement of action. If a plaintiff wishes to collect damages for events occurring after the commencement of the action, they must submit a new supplemental complaint updating the previous allegations. In practice, however, this is not always done. Courts sometimes allow damages to be sought up to cutoff date, but after the commencement of an action. In this case, damages may be sought for those mortgage transactions occurring up to **DECEMBER 31, 2007**. A separate action must be filed for damages occurring after this date. Counsel are warned not to settle this case by including those individuals whose mortgages closed after December 31, 2007.

The parties proposed form of class notice and dissemination plan is approved, subject to the following conditions. The internet website dedicated to the litigation will be made available at http://www.RESPAclassaction.com. Defendants must provide the third-party administrator the addresses of the class members no later than **JANUARY 15, 2008**. All notice letters must be postmarked no later than **JANUARY 30, 2008**. Putative class members shall be given 40 calender days from the date of the postmark to respond to the notice. No name or address for the attorneys representing the putative class members shall appear on the notice until counsel is appointed by the Court. The proposed form of counsel notice and dissemination is approved. Prospective attorneys and law firms should file their application with the Court by **JANUARY 10, 2008.**

**IT IS SO ORDERED.**

Dated: December 18, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE