IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-01351 WHA<br><br>**ORDER REQUESTING SWORN DECLARATIONS FROM COUNSEL** |

　　　　Counsel for each side are ordered to submit sworn declarations on behalf of themselves and their clients by **JANUARY 25, 2008, AT NOON**, indicating when and how they learned of the standing issues in this case and why it was not timely discovered.

　　　　**IT IS SO ORDERED.**

Dated: January 22, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE